ARNOLD GLICK AND HAROLD GLICK, PARTNERS, TRADING AS GLICK BOOKBINDING CO., PROSECUTORS, v. THE TRUSTEES OF THE FREE PUBLIC LIBRARY OF THE CITY OF NEWARK AND WM. H. RADEMAEKERS & SON, CO., A CORPORATION, RESPONDENTS.

Argued May 5, 1948—Decided July 16, 1948.

Before Justices DONGES, COLIE and EASTWOOD.

For the prosecutors, *Alexander J. Matturri* · (*Samuel A. Larner*, of counsel).

For the respondent The Trustees of the Free Public Library of the City of Newark, *Thomas L. Parsonnet*.

PER CURIAM.

Prosecutors were the low bidders on the bookbinding contract for the year 1948 for the Newark Public Library. The contract however was awarded to a higher bidder. The prosecutors applied for and were denied *certiorari* to review the award to the higher bidder. We are of the opinion that debatable questions of law are raised and accordingly a writ of *certiorari* will be allowed.